IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENEIDA PERDOMO and BIOMEDA CORP., <br><br> Plaintiffs, <br><br> v. <br><br> CARMEN GARCIA, et al., <br><br> Defendants. | No. C 09-05976 JSW <br><br> **ORDER (1) CONTINUING HEARING AND (2) SETTING BRIEFING SCHEDULE** |

Defendants Public Storage and U.S. Bank, National Association, erroneously sued as U.S. Bancorp filed motions to motion to dismiss and noticed them to be heard on May 14, 2010. The Court HEREBY CONTINUES the hearing on these motions to June 11, 2010. Defendants Valley of California, Inc. dba Coldwell Banker Residential Brokerage and Brenda Oliveira also filed a motion to dismiss and noticed it to be heard on June 11, 2010. The Court FURTHER ORDERS that any opposition to these three motions shall be filed by no later than April 28, 2010 and any reply briefs shall be filed by no later than May 5, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

///
///
///
///

schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 14, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2