**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENEIDA PERDOMO, and BIOMEDA, CORP., | No. C 09-5976 JSW |
| Plaintiffs, | **SUA SPONTE REFERRAL ORDER** |
| v. | |
| CARMEN GARCIA, et al., | |
| Defendants. | |

Pursuant to Northern District Civil Local Rules 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to *United States v. Garcia*, 09-CR-570-MMC. The hearing set for June 11, 2010 on Defendants' motions to dismiss is HEREBY VACATED and shall be reset, if necessary, upon resolution of whether this matter is related to *United States v. Garcia.*

**IT IS SO ORDERED.**

Dated: June 1, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:  Judge Maxine M. Chesney