IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZENEIDA PERDOMO, et al.,

    Plaintiffs,

  v.

CARMEN GARCIA, et al.,

    Defendants.
_____/

No. C 09-05976 JSW

**JUDGMENT**

For the reasons set forth in the Court's Order dismissing Plaintiffs' federal claims with prejudice and dismissing Plaintiffs' state law claims and dismissing the counterclaim without prejudice, JUDGMENT is HEREBY ENTERED.

**IT IS SO ORDERED.**

Dated: August 23, 2010

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE